LOUIS FONTANELLA, Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Fontanella v. N. Y. Central R. R. Co.*, 186 App. Div. 588, affirmed.
(Argued January 26, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that, having been injured while in defendant's employ, the plaintiff was taken to an emergency hospital maintained by defendant upon its premises, and to which it required that all injured employees should be taken. There being no physician there, he was allowed to remain for over an hour, without treatment or relief. In consequence of that delay the open wound upon his right thigh became so seriously infected that it was afterwards found necessary to amputate the leg.

*William Mann* and *Alexander S. Lyman* for appellant.
*William G. Cooke* and *Howard O. Wood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.